## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

ROSS, George M., Jr.

Case No.: _____19-19140_____

Chapter: _____7_____

Judge: _____KCF_____

### NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____July 16, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____2____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  9 Brooklawn
Neptune, New Jersey  07753

Value: $319,000

Liens on property:        $306,000

Amount of equity claimed as exempt:  $13,000

Objections must be served on, and requests for additional information directed to:

Name:      John Michael McDonnell, Trustee

Address:    115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-19140-KCF
George M Ross, Jr.                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jun 12, 2019
                             Form ID: pdf905       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db           +George M Ross, Jr.,   9 Brooklawn Dr,   Neptune, NJ 07753-3353
518226902     Jersey Shore University Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
518226903    +Lyons Doughty & Veldhuis,   PO Box 1269,   Mount Laurel, NJ 08054-7269
518226909     Sunoco,   PO Box 6407,   Sioux Falls, SD 57117-6407
518226915    +TD Bank,   PO Box 673,   Minneapolis, MN 55440-0673
518226916    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   PO Box 9490,
              Cedar Rapids, IA 52409-9490)
518226917    +Verizon,   Attn: EOS CCA,   PO Box 981008,   Boston, MA 02298-1008
518226918    +WF/FMG,   PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:21    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:17    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518226894    +E-mail/Text: bnc-capio@quantum3group.com Jun 13 2019 00:55:15    AssetCare,
              2222 Texoma Pkwy Ste 180,   Sherman, TX 75090-2484
518226895     E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 13 2019 00:50:08    BMW Financial Services,
              PO Box 3608,   Dublin, OH 43016
518235746    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 13 2019 00:48:59
              BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
518226896    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 00:50:00    Capital One Bank,
              PO Box 71083,   Charlotte, NC 28272-1083
518226899     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:48    Comenity Bank,
              PO Box 182125,   Columbus, OH 43218-2125
518226901     E-mail/Text: mrdiscen@discover.com Jun 13 2019 00:54:07    Discover Financial Services,
              PO Box 15316,   Wilmington, DE 19850
518226904    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 13 2019 00:55:16    Midland Funding,
              8875 Aero Drive Ste 200,   San Diego, CA 92123-2255
518226905     E-mail/Text: bnc@nordstrom.com Jun 13 2019 00:54:21    Nordstrom,   PO Box 79139,
              Phoenix, AZ 85062-9139
518226906     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:50:05
              Portfolio Recovery Associates,   PO Box 12914,   Norfolk, VA 23541-1223
518226910    +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 00:49:53    SYNCB,   PO Box 965060,
              Orlando, FL 32896-5060
518226908    +E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2019 00:56:23
              Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
518227190    +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 00:50:55    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518226897*   +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
518226898*   +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
518226900*    Comenity Bank,   PO Box 182125,   Columbus, OH 43218-2125
518226907*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,   PO Box 12914,
              Norfolk, VA 23541-1223)
518226911*    SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
518226912*    SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
518226913*    SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
518226914*    SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
                                                                       TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jun 12, 2019
                              Form ID: pdf905          Total Noticed: 22
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              James J. Cerbone     on behalf of Debtor George M Ross, Jr. cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5
```