**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | George M Ross Jr. | Social Security number or ITIN   xxx−xx−0214 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19−19140−KCF | |

# Order of Discharge                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George M Ross Jr.

<u>8/9/19</u>                                                                    **By the court:**   <u>Kathryn C. Ferguson</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                    Case No. 19-19140-KCF
George M Ross, Jr.                                        Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 09, 2019
                              Form ID: 318             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db             +George M Ross, Jr.,    9 Brooklawn Dr,    Neptune, NJ 07753-3353
518226902       Jersey Shore University Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518226903      +Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
518226909       Sunoco,    PO Box 6407,    Sioux Falls, SD 57117-6407
518226917      +Verizon,    Attn: EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518226918      +WF/FMG,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 01:15:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 01:15:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518226894      +EDI: CAPIO.COM Aug 10 2019 04:43:00      AssetCare,    2222 Texoma Pkwy Ste 180,
                 Sherman, TX 75090-2484
518226895       EDI: BMW.COM Aug 10 2019 04:43:00      BMW Financial Services,    PO Box 3608,    Dublin, OH 43016
518235746      +EDI: AISACG.COM Aug 10 2019 04:43:00      BMW Financial Services NA, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518226896      +EDI: CAPITALONE.COM Aug 10 2019 04:43:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
518226899       EDI: WFNNB.COM Aug 10 2019 04:43:00      Comenity Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
518226901       EDI: DISCOVER.COM Aug 10 2019 04:43:00      Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
518226904      +EDI: MID8.COM Aug 10 2019 04:43:00      Midland Funding,    8875 Aero Drive Ste 200,
                 San Diego, CA 92123-2255
518226905       E-mail/Text: bnc@nordstrom.com Aug 10 2019 01:14:46      Nordstrom,    PO Box 79139,
                 Phoenix, AZ 85062-9139
518226906       EDI: PRA.COM Aug 10 2019 04:43:00      Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-1223
518226910       EDI: RMSC.COM Aug 10 2019 04:43:00      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518226908      +E-mail/Text: jennifer.chacon@spservicing.com Aug 10 2019 01:16:58
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518227190      +EDI: RMSC.COM Aug 10 2019 04:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518226915      +EDI: WTRRNBANK.COM Aug 10 2019 04:43:00      TD Bank,    PO Box 673,    Minneapolis, MN 55440-0673
518226916       EDI: TFSR.COM Aug 10 2019 04:43:00      Toyota Financial Services,    PO Box 9490,
                 Cedar Rapids, IA 52409-9490
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518226897*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518226898*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
518226900*      Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
518226907*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-1223)
518226911*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518226912*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518226913*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518226914*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                   TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2019
                               Form ID: 318             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              James J. Cerbone    on behalf of Debtor George M Ross, Jr. cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```